UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITA WETZLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　　Defendant. | CASE NO. 2:15-CV-01074-BHS-DWC<br><br>ORDER AMENDING SCHEDULING ORDER AND GRANTING PLAINTIFF'S MOTION TO SEAL |

This matter comes before the Court on Plaintiff's Motion to File Sealed Documents re Motion to be Filed to Amend Record and Ask the Court to Consider Remand (Dkt. 26) and Plaintiff's Supplemental Motion to be Filed in Order to Amend the Record and Ask the Court to Remand (Dkt. 30). Plaintiff seeks to file under seal 147 pages of documents she contends were before the ALJ at her administrative hearing, but were excluded from the administrative record. *See* Dkt. 26; Dkt. 28; Dkt. 28, Exh. 1-2; Dkt. 33. Because these documents contain the same type and volume of sensitive information contained in the administrative record, Plaintiff's two Motions to Seal are granted. *See* Local Rules 5 & 5.2(c). Plaintiff's proposed filings (Dkt. 28;

Dkt. 28, Exh. 1-2; Dkt. 33) shall remain under seal. All duplicate filings (e.g., Dkt. 26, Exh. 2-4) shall also remain under seal.

However, this order does not incorporate Plaintiff's exhibits into the administrative record. Plaintiff's motions are not motions to supplement the record, but are simply motions to file documents under seal in anticipation of a motion to supplement. Further, the Court notes Defendant's counsel has expressed his intent to object to the Court incorporating these documents into the administrative record, or otherwise considering them in the resolution of this case. Dkt. 26, Exh. 1. As the issue of whether to supplement the record is not yet before this Court, the Court will not address it at this time.

The Court also notes Plaintiff filed her opening brief three days after the deadline specified in the Court's amended scheduling order. *See* Dkt. 24. The Court will consider this brief, but to ensure fairness, the Court orders the scheduling order be amended as follows:

- Defendant shall have up to and including May 12, 2016 to file Defendant's Responsive Brief; and
- Plaintiff shall have up to and including May 26, 2016 to file Plaintiff's optional Reply Brief.

Dated this 22nd day of April, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge