UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RITA WETZLER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br><br> Defendant. | CASE NO. 2:15-CV-01074-BHS-DWC <br><br> ORDER SETTING SHOW CAUSE HEARING |

Plaintiff filed this Social Security action on July 1, 2015 through her Attorney, Harvey Grad. Dkt. 1. On May 11, 2016, the Court ordered Plaintiff to show cause why Plaintiff's submission of 147 pages of documents not included in the certified administrative transcript should not be stricken from the record. *See* Dkt. 36. The Court also ordered Plaintiff to explain what authority, if any, the Court would have to consider Plaintiff's proposed submissions. Plaintiff submitted a response on May 24, 2016. Dkt. 38.

In light of Plaintiff's response to the Court's order to show cause, the Court orders Plaintiff and Defendant's counsel to appear for a Show Cause Hearing on Wednesday, June 8, 2016 at 10:00 A.M. in Courtroom C of the United States District Courthouse in Tacoma,

1 | Washington. At the Hearing, the Parties must address whether, and under what authority, the

2 | Court may consider Plaintiff's proposed submission of 147 pages of additional documents.

3 |     Dated this 31st day of May, 2016.

*David W. Christel*
United States Magistrate Judge