UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITA WETZLER, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br><br> Defendant. | CASE NO. 2:15-CV-01074-BHS-DWC <br><br> ORDER FINDING CAUSE |

This matter comes before the Court on the Court's Order to Show Cause and Amending the Scheduling Order in which Plaintiff was ordered to show cause: (A) why Plaintiff's proposed exhibits (Dkt. 26, Exh. 2-4; Dkt. 33) ("Proposed Exhibits") should not be excluded from the record; and (B) to what extent the Court has authority to amend the administrative record. Dkt. 36. The Court scheduled oral argument for June 8, 2016. Dkt. 40. On June 7, 2016, Plaintiff filed a Motion to Amend the Record. Dkt. 41.

The Court heard oral argument on June 8, 2016, at which both Plaintiff's counsel and Defendant's counsel were present. After reviewing the record and considering the argument of

1  counsel, the Court finds Plaintiff has shown good cause as to why the Proposed Exhibits should

2  not be excluded from the record. Further, the order to show cause regarding to what extent the

3  Court has authority to amend the administrative record is now moot as this issue will be

4  addressed as part of the Motion to Amend. Dkt. 41.

5      Dated this 9th day of June, 2016.

                                                /s/ David W. Christel
                                               David W. Christel
                                               United States Magistrate Judge